Geddes Coarse Salt Company, Respondent, v. Niagara, Lockport and Ontario Power Company, Appellant.— Judgment and orders affirmed, with costs. All concurred, except Williams, J., who dissented.

Edward Heilig, Respondent, v. William J. Burns, Appellant.— Judgment and order affirmed, -with costs. All concurred, except Williams, J., who dissented.

Margaret Sessler, Respondent, v. Anna Goggins and Others, Appellants. — Judgment affirmed, with costs. All concurred.

Edward C. Guenther, Respondent, v. Mary A. Chamberlain, Appellant, Impleaded with Others.— Judgment modified by deducting from the amount fixed therein as unpaid upon the contract the sum of sixteen dollars and twenty cents, being the necessary amount, including interest thereon, necessary to be expended in relaying and reconstructing the kitchen floor to comply with the contract, and as so modified the judgment is affirmed, without costs of this appeal to either party. All concurred.

Mathias Rusch, an Infant, by John C. Rusch, His Guardian ad Litem, Respondent, v. The Erie Railroad Company, Appellant. — Judgment and order affirmed, with costs. All concurred, except Spring, J., who dissented upon the ground of contributory negligence.

Sarah Brooks, Respondent, v. The City of Rochester, Appellant.— Judgment and order affirmed, with costs. All concurred, except Williams, J., who dissented on the ground of contributory negligence.

The People of the State of New York, Respondent, v. Edward Conway, Appellant.— Judgment and order affirmed. All concurred.

In the Matter of the Application of the Grade Crossing Commissioners of the City of Buffalo for the Appointment of Commissioners to Ascertain the Compensation to Be Paid to the Owners of, and Parties Interested in Lands Claimed to Be Injured by the Change of Grade of Kensington Avenue and Claimed to Be Owned by Peter Hettrich and Others, Respondents. (Proceeding No. 83.) The New York Central and Hudson River Railroad Company, Appellant.— Order affirmed, with separate bills of costs to the respondents Hewett Rubber Company, German Rock Asphalt Company and Providence Retreat. All concurred.

George Converse, Respondent, v. Harry Converse, Appellant.— Judgment affirmed, with costs. All concurred, except Robson, J., who dissented.

The People of the State of New York, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant.— Motion for leave to appeal to the Court of Appeals granted and question for review certified.

Elizabeth J. Campbell, Appellant, v. Louis Black, Respondent. — Motion to amend order of reversal so as to give defendant twenty days within which to answer, granted. Motion for leave to appeal to Court of Appeals denied.